UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-22768-CIV-JORDAN

| | | |
|---|---|---|
| ALFRED HERNANDEZ, as President/Owner of Anchor Shipping Co. | ) ) ) | **CLOSED CIVIL CASE** |
| Plaintiff | ) ) | |
| vs. | ) ) | |
| JORGE ESPINOSA et al. | ) ) | |
| Defendants | ) | |

## ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND CLOSING CASE

Alfred Hernandez has filed a 47-page, 240-paragraph, pro se complaint against 14 individual and corporate defendants. Mr. Hernandez has filed this suit as President/Owner of Anchor Shipping Co., a company which has not been doing business since 2000.

Numerous paragraphs in the complaint indicate that the action is being brought on Anchor Shipping's behalf. For example, ¶ 35.A lists Anchor shipping as a victim and "plaintiff." And to the extent that the complaint makes any sense, the 18 asserted claims (including some non-existent claims under federal criminal statutes) seem to initially arise from, and are related to, contracts entered into by Anchor Shipping as an Ocean Transportation Intermediary, and Anchor Shipping's alleged difficulties in finding employment with various carriers of ocean freight. *See, e.g.,* Complaint at ¶¶ 87-126. The exhibits attached to the complaint also indicate that Anchor Shipping is the real party-in-interest and the proper plaintiff. One of the exhibits to the complaint is a arbitration award from July of 2001 in favor of Anchor Shipping and against Alianca (one of the defendants in this case). Another of the exhibits is a decision of the Federal Maritime Commission in May of 2006 in a matter styled "Anchor Shipping Co. v. Alianca Navegacao E Logistica Ltda," Docket No. 02-04.

The problem is that Anchor Shipping is a corporation and as such cannot appear *pro se* or through its officers in federal court. *See Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council,* 506 U.S. 194, 201-02 (1993); *Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381, 1385 (11th Cir. 1985). As a result, the pro se complaint is a nullity. *See Simon v. Leaderscape, LLC,* 2007 WL 1879393, *1 (S.D.FLa. June 26, 2007)("a pleading signed in the corporate name by one of its agents or officials is a nullity, and must be disregarded"). *See also Grace v. Bank Leumi Trust Co. of NY,*

443 F.3d 180, 192 (2d Cir. 2006)(rule that corporation cannot appear *pro se* "has been applied to dismiss any action or motion filed by a corporation purporting to act *pro se*"). This means that the complaint filed by Mr. Hernandez on behalf of his company, Anchor Shipping, must be dismissed. If Mr. Hernandez wishes to proceed with this lawsuit, he must obtain counsel for Anchor Shipping. I understand from the complaint that Mr. Hernandez has been unsuccessful in obtaining counsel, and that he is asking for the court's help in getting an attorney. But I do not have any authority to appoint a lawyer to represent a litigant in a civil case.

To the extent that Mr. Hernandez is trying to assert any personal/individual claims on his own behalf, the rambling complaint fails to comply with Rule 8(a)(2)'s requirement of a short and plain statement of the claims. I therefore exercise my inherent authority to require that Mr. Hernandez file an amended complaint that complies with Rule 8(a)(2) if he wishes to go forward on any individual claims. *See Magluta v. Samples*, 256 F.3d 1282, 1284 & n.3 (11th Cir. 2001); *Simmons v. Abruzzo*, 49 F.3d 83, 86-87 (2d Cir. 1995). Mr. Hernandez can proceed pro se, and without counsel, on any individual claims.

In sum, the complaint is dismissed without prejudice, and this case is closed.

Anchor Shipping is free to file an amended complaint by October 29, 2008, if it obtains counsel. Mr. Hernandez can also file an amended complaint by the same date without counsel on personal/individual claims, but the amended complaint must comply with Rule 8(a)(2). If an amended complaint is filed, the case will be reopened.

DONE and ORDERED in chambers in Miami, Florida, this 8th day of October, 2008.

Adalberto Jordan
United States District Judge

Copy to:      Alfred Hernandez/Anchor Shipping
              6050 N.W. 3rd Street
              Miami, FL 33126

2